**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| **In re:** | **Chapter 7** |
| **DAVID W. FLEMING, II,** | **Case No. 19-51611 (JAM)** |
| Debtor. | |

# NOTICE OF APPOINTMENT OF SUCCESSOR TRUSTEE

RICHARD M. COAN, having submitted his resignation as trustee for the estate of the above-named debtor, the United States Trustee for the District of Connecticut hereby appoints GEORGE I. ROUMELIOTIS as successor chapter 7 trustee.

Dated:  New Haven, Connecticut
    December 16, 2019

                                             Respectfully submitted,

                                             WILLIAM K. HARRINGTON
                                             UNITED STATES TRUSTEE, REGION 2

                                             */s/ Kim L. McCabe*
                                             Kim L. McCabe/ct 23661
                                             Assistant United States Trustee
                                             150 Court Street, Room 302
                                             New Haven, Connecticut 06510
                                             Telephone: 203.773.2210
                                             Facsimile: 203.773.2217
                                             E-mail: Kim.McCabe@usdoj.gov