**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | | |
|---|---|---|
| In re | : | Case No.: 19-51611 (JAM) |
| DAVID W. FLEMING, II | : | Chapter 7 |
| Debtor. | : | January 27, 2020 |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

The undersigned hereby appears in the above-referenced bankruptcy matter on behalf of Ajay Ahuja and Nicholas Ahuja, creditors and parties in interest. The undersigned requests that notice of all matters and hearings in the above-referenced bankruptcy action and copies of all papers, orders and pleadings filed in the above-referenced matter be served upon the following:

> William J. O'Sullivan, Esq.
> O'Sullivan McCormack Jensen & Bliss PC
> Putnam Park, Suite 100
> 100 Great Meadow Road
> Wethersfield, CT  06109-2371
> Phone:  860-258-1993
> Fax:  860-258-1991
> wosullivan@omjblaw.com

**AJAY AHUJA AND NICHOLAS AHUJA, CREDITORS**

By: /s/ William J. O'Sullivan
    William J. O'Sullivan ct08452
    O'Sullivan McCormack Jensen & Bliss PC
    Putnam Park, Suite 100
    100 Great Meadow Road
    Wethersfield, CT  06109-2371
    Phone (860) 258-1993
    Fax (860) 258-1991
    wosullivan@omjblaw.com
    Their Counsel

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

|  |  |  |
|---|---|---|
| In re | : | Case No.: 19-51611 (JAM) |
| DAVID W. FLEMING, II | : | Chapter 7 |
| Debtor. | : | January 27, 2020 |

## CERTIFICATION

The undersigned hereby certifies that copies of the Notice of Appearance and Request for Notice were served on January 27, 2020 in accordance with applicable law by operation of this Court's CM/ECF to those that can accept electronic filing and by U.S. mail to those that are unable to accept electronic filing as set forth below; these parties constitute all entities entitled to notice:

Douglas S. Skalka, Esq.
Neubert, Pepe, and Montieth
195 Church Street
13th Floor
New Haven, CT 06510
*Counsel to Debtor*

Kim L. McCabe, Esq.
Office of the U.S. Trustee
Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510
*U.S. Trustee*

David W. Fleming, II
97 Comstock Hill Avenue
Norwalk, CT 06850
*Debtor*

George I. Roumeliotis, Esq.
Roumeliotis Law Group, P.C.
157 Church Street, 19th Floor
New Haven, CT 06510
*Trustee*

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541
*Creditor*

BMW Bank of North America Department
AIS Portfolio Services, LP
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118
*Creditor*

**AJAY AHUJA AND NICHOLAS AHUJA, CREDITORS**

By: /s/ William J. O'Sullivan
    William J. O'Sullivan ct08452
    O'Sullivan McCormack Jensen & Bliss PC
    Putnam Park, Suite 100
    100 Great Meadow Road
    Wethersfield, CT  06109-2371
    Phone (860) 258-1993
    Fax (860) 258-1991
    wosullivan@omjblaw.com
    Their Counsel