**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re:<br><br>    DAVID W. FLEMING, II,<br><br>                                        *Debtor*. | Case No.: 19-51611<br><br>Chapter 7 (JAM)<br><br><br>FEBRUARY 23, 2021 |

## OBJECTION TO TRUSTEE'S MOTION FOR ORDER APPROVING BREAK-UP FEE AND BIDDING PROCEDURES

The creditors**,** NICHOLAS AHUJA and AJAY AHUJA, who hold the overwhelming majority of the claims in this case, hereby object to the Trustee's Motion for Order dated February 3, 2021, Doc. 126, for the following reasons:

1.  The sale of this asset in the manner suggested by the trustee is not in the best interests of the estate.

2.  The sale of the asset in the manner suggested by the trustee will result in excessive administrative costs and potential tax liability to the estate, so much that the yield to the estate after sale will be likely less than $0.50 on the dollar.

3.  There is the potential for a better, negotiated outcome for all involved, trustee included, that minimizes the transaction costs and administrative charges.

WHEREFORE, the creditors pray that their objection is sustained, the trustee's motion is denied.

**NICHOLAS AHUJA and AJAY AHUJA, CREDITORS**

/s/ ct19882

_____
John J. Radshaw III, Esq.
65 Trumbull Street, 2d fl.
New Haven, CT 06510
203.654.9695
203.721.6182 f
jjr@jjr-esq.com

### C E R T I F I C A T I O N

The undersigned hereby certifies that the Notice of Appearance and Request for Notice were served on February 23, 2021 by operation of this Court's CM/ECF to those that can accept electronic filing and by U.S. mail to those that are unable to accept electronic filing as set forth below; these parties constitute all entities entitled to notice:

Douglas S. Skalka, Esq.
Neubert, Pepe, and Montieth
195 Church Street 13th Floor
New Haven, CT 06510

*Counsel to Debtor*

David W. Fleming, II
97 Comstock Hill Avenue
Norwalk, CT 06850

*Debtor*

Kim L. McCabe, Esq.
Kari A. Mitchell, Esq.
Office of the U.S. Trustee
Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510

*U.S. Trustee*

George I. Roumeliotis, Esq.
Roumeliotis Law Group, P.C.
157 Church Street, 19th Floor
New Haven, CT 06510

*Trustee*

Scott M. Charmoy, Esq.
Charmoy & Charmoy
1700 Post Road, Suite C-9
Fairfield, CT 06824-0804

*Counsel to Creditor*

Jeffrey Hellman, Esq.
Law Office of Jeffrey Hellman, LLC
195 Church Street, 10th Fl
New Haven, CT 06510

*Counsel to the Trustee*

BMW Bank of North America Department
AIS Portfolio Services, LP
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

*Creditor*

Synchrony Bank c/o PRA Receivables
Management, LLC
PO Box 41021
Norfolk, VA 23541

*Creditor*

/s/ ct19882

_____
John J. Radshaw III, Esq.

- 3 -